BILL LOCKYER
Attorney General of the State of California
MIGUEL A. NERI
FIEL D. TIGNO
Supervising Deputy Attorneys General
State Bar No. 161195
  1515 Clay Street, Suite 2000
  P.O. Box 70550
  Oakland, CA 94612-0550
  Telephone: (510) 622-2204
  Fax: (510) 622-2270

Attorneys for Defendants,
California Department of Corrections, Edward S. Alameida, Jr. and Jeanne S. Woodford

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHY DEOCAMPO,<br><br>                      Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, EDWARD S. ALAMEIDA, JR., JEANNE S. WOODFORD, AND DOES 1-25 Inclusive,<br><br>                      Defendants. | Case No.: C 04-3018 MMC<br><br>STIPULATION REQUESTING ADDITIONAL 30-DAY CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER<br><br>Date: May 20, 2005<br>Time: 10:30 a.m.<br>Courtroom: 7<br>Judge: Honorable Maxine M. Chesney |

Pursuant to the Court's Order and Civil L.R. 16-9, the parties jointly submit this Stipulation requesting a 30-day continuance of the Case Management Conference on the ground that the parties are in the process of negotiating in good faith to reach a global settlement of all of plaintiff's claims.

### DESCRIPTION OF THE CASE AND PROCEDURAL HISTORY

Plaintiff, Kathy DeoCampo, is an employee of the California Department of Corrections in the job position of Correctional Case Records Analyst at San Quentin State Prison. She filed this instant lawsuit on July 26, 2004, alleging retaliation under Title VII, 42 U.S.C. section 2000(e), retaliation for First Amendment activities under 42 U.S.C. section 1983, and *pendent* claims under California Government Code section 12940, *et seq*. Defendants answered the complaint on August 18, 2004.

Plaintiff also filed related Workers' Compensation claims that are pending before the California Workers' Compensation Appeals Board. Because the parties agreed to enter into settlement negotiations to attempt to reach a global settlement of all of plaintiff's claims, the parties requested that this Court continue the previously scheduled Case Management Conference that had been set for April 15, 2005. The Court issued an order continuing the Case Management Conference to May 20, 2005. The parties met on May 10, 2005 to discuss possible terms for a global settlement of all of plaintiff's claims, and they are currently in good faith negotiations to attempt to reach this global settlement.

## STIPULATION

Given that the parties are currently engaged in good faith negotiations following their May 10, 2005 settlement meeting, the parties respectfully request that this Court grant an additional 30-day continuance of the Case Management Conference.

RESPECTFULLY SUBMITTED,

BILL LOCKYER, Attorney General
of the State of California,
MIGUEL A. NERI, Supervising
Deputy Attorney General,

Dated: 5/13/05

_____
FIEL D. TIGNO
Deputy Attorney General
ATTORNEY FOR DEFENDANTS

THE SCOTT LAW FIRM

Dated: 5/13/05

_____
JOHN HOUSTON SCOTT
ATTORNEY FOR PLAINTIFF

Stipulation and [Proposed] Order Requesting 30-day Cont. of Case Management Conference Case No. C 04-3018 MMC

2

**[~~PROPOSED~~] ORDER**

Having considered the parties' stipulation and finding good cause in support thereof, the stipulation is hereby approved and the Case Management Conference set for May 20, 2005 shall be continued to 30 days to June 24, 2005. A joint case management conference statement shall be filed no later than 7 days before the new Case Management Conference.

IT IS SO ORDERED.

Dated: May 16, 2005         /s/ Maxine M. Chesney
                            **The Honorable Maxine M. Chesney**
                            **United States District Judge**