JOHN HOUSTON SCOTT   SBN 72578
LIZABETH N. deVRIES  SBN 227215
The Scott Law Firm
1375 Sutter St, Suite 222
San Francisco, CA 94109
Telephone: (415) 561-9600
Facsimile:  (415) 561-9609

Attorneys for Plaintiff
KATHY DEOCAMPO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY DEOCAMPO,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, EDWARD S. ALAMEIDA, JR., JEANNE S. WOODFORD, AND DOES 1-25, INCLUSIVE,<br><br>Defendants. | Case No. C 04-03018 MMC<br><br>STIPULATION REQUESTING ADDITIONAL 30-DAY CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER<br><br>Date: September 23, 2005<br>Time: 10:30 a.m.<br>Courtroom: 7<br>Judge: Honorable Maxine M. Chesney |

Pursuant to the Court's Order and Civil L. R. 16-9, the parties jointly submit this Stipulation requesting a 30-day continuance of the Case Management Conference on the grounds that the related Worker's Compensation case has a trial date of September 27, 2005 and that all parties are in the process of negotiating in good faith to reach a global settlement of all of plaintiff's claims

## DESCRIPTION OF THE CASE

Plaintiff was an employee for the California Department of Corrections, and most

1

STIPULATION REQUESTING ADDITIONAL 30-DAY CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

recently was employed as a Correctional Case Records Analyst at San Quentin State Prison. The plaintiff, Kathy DeoCampo, filed this lawsuit on July 26, 2004, alleging retaliation in violation of Title VII, 42 U.S.C. § 2000(e), retaliation for First Amendment activities under 42 U.S.C. § 1983 and pendent claims under California Government Code §§ 12940, et seq. The defendants answered on August 18, 2004.

The plaintiff's related Workers' Compensation claim is schedule for trial on September 27, 2005. This Court granted a stay in this action and continued the last Case Management Conference so that the parties could report on the state Workers' Compensation proceedings.

## STIPULATION

Given that the parties continue to be engaged in good faith settlement negotiations. There is a September 27, 2005 trial date in the plaintiff's Workers' Compensation case. The parties respectfully request this Court grant an additional stay of 30 days to October 21, 2005.

RESPECTFULLY SUBMITTED,

THE SCOTT LAW FIRM

DATED: September 15, 2005          By: _____
                                   JOHN HOUSTON SCOTT
                                   Attorney for Plaintiff

BILL LOCKYER
Attorney General of the State of California
FIEL D. TIGNO
Deputy Attorney General

DATED: September __, 2005          By: _____
                                   FIEL D. TIGNO
                                   Deputy Attorney General
                                   Attorney for Defendants

2

STIPULATION REQUESTING ADDITIONAL 30-DAY CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

recently was employed as a Correctional Case Records Analyst at San Quentin State Prison. The plaintiff, Kathy DeoCampo, filed this lawsuit on July 26, 2004, alleging retaliation in violation of Title VII, 42 U.S.C. § 2000(e), retaliation for First Amendment activities under 42 U.S.C. § 1983 and pendent claims under California Government Code §§ 12940, et seq. The defendants answered on August 18, 2004.

The plaintiff's related Workers' Compensation claim is schedule for trial on September 27, 2005. This Court granted a stay in this action and continued the last Case Management Conference so that the parties could report on the state Workers' Compensation proceedings.

## STIPULATION

Given that the parties continue to be engaged in good faith settlement negotiations. There is a September 27, 2005 trial date in the plaintiff's Workers' Compensation case. The parties respectfully request this Court grant an additional stay of 30 days to October 21, 2005.

RESPECTFULLY SUBMITTED.

THE SCOTT LAW FIRM

DATED: September 15, 2005

By: _____
JOHN HOUSTON SCOTT
Attorney for Plaintiff

BILL LOCKYER
Attorney General of the State of California
FIEL D. TIGNO
Deputy Attorney General

DATED: September 16, 2005

By: _____
FIEL D. TIGNO
Deputy Attorney General
Attorney for Defendants

2

STIPULATION REQUESTING ADDITIONAL 30-DAY CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

**ORDER**

IT IS HEREBY ORDERED that the Case Management Conference set for September 23, 2005 be continued ~~for 30 days~~ to ~~October 21~~ December 9, 2005 at 10:30 a.m. A joint case management statement shall be filed no later than 7 days before the new Case Management Conference.

DATED: September 19, 2005

*[signature]*
HON. MAXINE M. CHESNEY
JUDGE OF THE
UNITED STATES DISTRICT COURT

3

STIPULATION REQUESTING ADDITIONAL 30-DAY CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER