JOHN HOUSTON SCOTT  SBN 72578
LIZABETH N. deVRIES  SBN 227215
The Scott Law Firm
1375 Sutter St, Suite 222
San Francisco, CA  94109
Telephone: (415) 561-9600
Facsimile:  (415) 561-9609

Attorneys for Plaintiff
KATHY DEOCAMPO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY DEOCAMPO,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, EDWARD S. ALAMEIDA, JR., JEANNE S. WOODFORD, AND DOES 1-25, INCLUSIVE,<br><br>Defendants. | Case No. C 04-03018 MMC<br><br>STIPULATION REQUESTING ADDITIONAL CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER<br><br>Date: December 9, 2005<br>Time: 10:30 a.m.<br>Courtroom: 7<br>Judge: Honorable Maxine M. Chesney |

Pursuant to the Court's Order and Civil L. R. 16-9, the parties jointly submit this Stipulation requesting a continuance of the Case Management Conference on the grounds that all parties are in the process of negotiating in good faith to reach a global settlement of all of plaintiff's claims

### DESCRIPTION OF THE CASE

Plaintiff was an employee for the California Department of Corrections, and most recently was employed as a Correctional Case Records Analyst at San Quentin State Prison. The

1

STIPULATION REQUESTING ADDITIONAL CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

1  plaintiff, Kathy DeoCampo, filed this lawsuit on July 26, 2004, alleging retaliation in violation of
2  Title VII, 42 U.S.C. § 2000(e), retaliation for First Amendment activities under 42 U.S.C. § 1983
3  and pendent claims under California Government Code §§ 12940, et seq. The defendants
4  answered on August 18, 2004.
5    The parties are working on a settlement that will involve a Stipulation and Rule 41(A)
6  Dismissal in this matter. There are still negotiations relating to the wording and language of the
7  Stipulation that will require additional time to resolve.

## STIPULATION

Given that the parties continue to be engaged in good faith settlement negotiations, the parties respectfully request this Court grant an additional stay to January 6, 2006.

RESPECTFULLY SUBMITTED,

THE SCOTT LAW FIRM

DATED: December 8, 2005        By: _____
                                   JOHN HOUSTON SCOTT
                                   Attorney for Plaintiff

BILL LOCKYER
Attorney General of the State of California
KAREN KIYO HUSTER
Deputy Attorney General

DATED: December 8, 2005        By: _____
                                   KAREN KIYO HUSTER
                                   Deputy Attorney General
                                   Attorney for Defendants

2

STIPULATION REQUESTING ADDITIONAL CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

**ORDER**

IT IS HEREBY ORDERED that the Case Management Conference set for December 9, 2005 be continued to January 6, 2006 at 10:30 a.m.

A joint case management statement must be filed no later than December 30, 2005.

DATED: December 9, 2005

_____
HON. MAXINE M. CHESNEY
JUDGE OF THE
UNITED STATES DISTRICT COURT

3

STIPULATION REQUESTING ADDITIONAL CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER