JOHN HOUSTON SCOTT   SBN 72578
LIZABETH N. deVRIES  SBN 227215
The Scott Law Firm
1375 Sutter St, Suite 222
San Francisco, CA 94109
Telephone: (415) 561-9600
Facsimile:  (415) 561-9609

Attorneys for Plaintiff
KATHY DEOCAMPO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY DEOCAMPO,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, EDWARD S. ALAMEIDA, JR., JEANNE S. WOODFORD, AND DOES 1-25, INCLUSIVE,<br><br>Defendants. | Case No. C 04-03018 MMC<br><br>STIPULATION OF DISMISSAL PER FRCP 41(A) AND [PROPOSED] ORDER |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties to this action, by and through their counsel, hereby stipulate to the following.

Plaintiff KATHY DEO CAMPO hereby dismisses Defendants CALIFORNIA DEPARTMENT OF CORRECTIONS, EDWARD S. ALAMEIDA, JR. AND JEANNE S. WOODFORD from the above-captioned action; and each party shall bear his/her/its own costs of suit and attorneys' fees.

//

//

//

1

STIPULATION OF DISMISSAL PER FRCP 41(A) AND [PROPOSED] ORDER

| | |
|---|---|
| IT IS SO STIPULATED.<br>DATED: January 4, 2006 | THE SCOTT LAW FIRM<br><br>By: _____<br>JOHN HOUSTON SCOTT<br>Attorney for Plaintiff |
| DATED: January 4, 2006 | BILL LOCKYER<br>Attorney General of the State of California<br>KAREN KIYO HUSTER<br>Deputy Attorney General<br><br>By: _____<br>KAREN KIYO HUSTER<br>Deputy Attorney General<br>Attorney for Defendants |

ORDER

IT IS SO ORDERED.

DATED: January 5, 2006

_____
HON. MAXINE M CHESNEY
JUDGE, U.S. DISTRICT COURT

F:\Cases\Cases - Active\Deo Campo, Kathy\Pleadings\Stip & Order Rule 41 Dismissal.wpd

STIPULATION OF DISMISSAL PER FRCP 41(A) AND [PROPOSED] ORDER